1  SEAN D. COONEY, ESQ.
   NV Bar # 12945
2  ADAM C. EDWARDS, ESQ.
   NV Bar # 15405
3  CARMAN COONEY FORBUSH PLLC
   4045 Spencer Street Suite A47
4  Las Vegas, NV 89119
   Telephone: (702) 421-0111
5  Facsimile: (702) 516-1033
   service@ccfattorneys.com
6  Attorneys for Defendants
   Mercury Casualty Company dba Mercury Insurance



### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA MEZA, | 2:24-CV-00254-RFB-DJA |
| Plaintiff, | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MERCURY CASUALTY COMPANY dba MERCURY INSURANCE COMPANY; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive, | |
| Defendant | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Gloria Meza and Defendants Mercury Casualty Company dba Mercury Insurance by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED  April 4, 2024                                         DATED  April 4, 2024

**CARMAN COONEY FORBUSH PLLC**                               **FRIEDMAN & THROOP**

_____                                    _____
SEAN D. COONEY, ESQ.                                         JULIE M THROOP, ESQ.
ADAM C. EDWARDS, ESQ.                                        TERRY A. FRIEDMAN, ESQ.
Attorneys for Defendants                                     Attorneys for Plaintiff
Mercury Casualty Company dba                                 Gloria Meza
Mercury Insurance



## ORDER

**IT IS SO ORDERED.**

Dated: May 14, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on May 14, 2024, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Julie M Throop
Terry A. Friedman
**Friedman & Throop**
300 S. Arlington Ave.
Reno, NV 89501
Attorney for Plaintiff,
Gloria Meza

/s/Brittany Turner
_____
**CARMAN COONEY FORBUSH PLLC**